## Kelley's Estate (No. 2).

Argued March 8, 1916. Appeal, No. 32, Jan. T., 1916, by M. Frank Coolbaugh, Administrator of the Estate in Pennsylvania of Edward W. Kelley, Deceased, from decree of O. C. Monroe Co., decreeing the termination of a trust, in Estate of John G. Kelley, Deceased. Before BROWN, C. J., STEWART, MOSCHZISKER, FRAZER and WALLING, JJ. Affirmed.

Petition for the termination of a trust. Before STAPLES, P. J.

The facts appear in Kelley's Estate (No. 1), 253 Pa. 466.

The court awarded the relief prayed for, and ascertained the interest which had accrued on the fund. M. Frank Coolbaugh, Administrator of the Estate in Pennsylvania of Edward W. Kelley, deceased, appealed.

*Error assigned,* among others, was the decree of the court.

*Wilton A. Erdman,* for appellant.

*A. Mitchell Palmer,* with him *C. Raymond Bensinger,* for appellee.

OPINION BY MR. JUSTICE STEWART, May 1, 1916:

In the opinion just handed down in the case of the appeal of Edith S. Kelley, executrix of the will of John G. Kelley, deceased, to No. 16, January, 1916, it is held that the legal representative of E. W. Kelley has no claim upon the fund in court. The present appeal by the administrator complains that the allowance of interest was insufficient. Inasmuch as it has been decided that the representative is without standing, this appeal must be dismissed and it is accordingly so ordered.